**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

KENYATTA M. WEBB,               )
                                       )
          Movant,           )
                                       )
          v.                  )          No. 4:18-CV-510 RWS
                                       )
UNITED STATES OF AMERICA,   )
                                       )
          Respondent,    )

## MEMORANDUM AND ORDER

This matter is before the Court upon movant's motion for leave to proceed in forma pauperis.

Because there is no filing fee for a motion to recover property brought pursuant to Fed.R.Crim.P.41(g), movant need not be granted in forma pauperis status in order to maintain this action. Thus, to the extent that movant is seeking leave to initiate this action in forma pauperis, his request is moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #2] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that movant shall serve respondent with his motion to recover property in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Dated this 5th day of April, 2018.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE